Patrick Hammon (SBN: 255047)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM
525 University Avenue
Suite 1400
Palo Alto, CA 94301
Telephone: (650) 470-4500
Facsimile:  (650) 470-4570
Email: patrick.hammon@skadden.com

*Attorney for Defendant Watson Laboratories, Inc.*

[Additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| THE STATE OF CALIFORNIA, EX REL. XAVIER BECERRA, ATTORNEY GENERAL,<br><br>Plaintiff,<br><br>v.<br><br>WATSON LABORATORIES, INC., ET AL.,<br><br>Defendants. | Case No. 3:17-cv-00562-WHO<br><br>**STIPULATION TO STAY**<br><br>**(Civil Local Rule 7.12)** |

WHEREAS the State of California ("California") filed a Complaint for Violations of the Sherman Act, Cartwright Act, and California Unfair Competition Law for Injunctive Relief, Disgorgement and Civil Penalties ("the Complaint") (ECF No. 1) on February 3, 2017.

WHEREAS the parties previously stipulated that Defendants' time to respond to the Complaint was tolled until the Court issued its Case Management Order following the March 28, 2017 coordinated Case Management Conference (ECF No. 22).

WHEREAS, at the March 28, 2017 Case Management Conference, the Court granted Defendants' motion to stay the related action *FTC v. Allergan plc, et al.*, No. 17-cv-00312-WHO (N.D. Cal.) (the "FTC Action") (ECF No. 32), and issued a formal order staying the FTC Action on April 5, 2017 (FTC Action, ECF No. 64).

WHEREAS California filed this action with the intent to pursue litigation on a schedule coordinated with that of the FTC Action, and so informed the Court at the February 21, 2017 and March 28, 2017 Case Management Conferences.

WHEREAS the Court directed California and Defendants to negotiate the terms of a stay order after entry of the Court's order as to the stay of the FTC Action.

Pursuant to the Court's direction and in accordance with Civil Local Rule 7-12, the parties hereby stipulate that:

1. This action is stayed for all purposes until the Court lifts the stay in the FTC Action, with two exceptions:

    a. The parties will in good faith and within a reasonable time finalize their negotiation of a protective order and that Defendants will in good faith and within a reasonable time after finalizing such protective order produce to California any and all of the MDL materials Defendants produced to the Federal Trade Commission in the action *FTC v. Endo Pharms. Inc.*, No. 16-cv-01440-PD (E.D. Pa.); and

    b. California and its sister states ("States") have entered into tolling agreements with certain companies that are also parties to agreements with respect to generic versions of Lidoderm. Three of those tolling agreements are set to expire in May

2018, while the fourth will expire on November 10, 2017. In the event any one of those tolling agreements approaches its expiration date before the stay is lifted and any party to such agreement declines to extend its expiration date, California may exercise its right to file an amended complaint as a matter of course pursuant to Federal Rule of Civil Procedure 15(a) notwithstanding the stay, provided that nothing in this stipulation shall serve to amend, extend or otherwise modify the tolling period set forth in any tolling agreement.

2. No further discovery in this action will occur, if at all, before Defendants answer the Complaint.

3. Following any lift of the stay in this action by order of this Court, California and Defendants will meet and confer to determine an appropriate date for Defendants to respond to the Complaint.

SO STIPULATED

Dated: October 23, 2017

Submitted by:

**Xavier Becerra**
**Attorney General of California**

/s/ Pamela Pham
Cheryl Johnson
Pamela Pham
Deputy Attorneys General
300 S. Spring Street, Suite 1700
Los Angeles, CA 90013
Telephone: (213) 897-2688
Fax: (213) 897-2801
E-mail: Cheryl.Johnson@doj.ca.gov;
Pamela.Pham@doj.ca.gov

*Attorneys for Plaintiff the State of California*

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM | WHITE & CASE LLP |
| /s/ Patrick Hammon<br>Karen Hoffman Lent (*pro hac vice* application forthcoming)<br>Michael Menitove (*pro hac vice* application forthcoming)<br>Four Times Square<br>New York, New York 10036<br>Telephone: (212) 735-3000<br>Facsimile: (917) 777-3000<br>karen.lent@skadden.com<br>michael.menitove@skadden.com<br><br>Steven C. Sunshine (*pro hac vice* application forthcoming)<br>Timothy H. Grayson (*pro hac vice* application forthcoming)<br>1440 New York Ave. NW<br>Washington DC, 20005<br>Telephone: (202) 371-7000<br>Facsimile: (202) 393-5760<br>steve.sunshine@skadden.com<br>timothy.grayson@skadden.com<br><br>Patrick Hammon (SBN: 255047)<br>525 University Avenue<br>Suite 1400<br>Palo Alto, CA 94301<br>Telephone: (650) 470-4500<br>Facsimile:  (650) 798-4570<br>patrick.hammon@skadden.com<br><br>*Attorneys for Defendant Watson Laboratories, Inc.* | /s/ Jeremy Ostrander<br>Peter J. Carney (*pro hac vice*)<br>701 Thirteenth Street, N.W.<br>Washington, DC 20005<br>Tel: (202) 626-3600<br>Fax: (202) 639-9355<br>pcarney@whitecase.com<br><br>Jack E. Pace III (*pro hac vice*)<br>1221 Avenue of the Americas New York, New York 10020<br>Tel: (212) 819-8200<br>Fax: (212) 354-8113<br>jpace@whitecase.com<br><br>Jeremy Ostrander (SBN: 233489)<br>Erica Sutter (SBN: 309182)<br>3000 El Camino Real<br>5 Palo Alto Square, 9th Floor<br>Palo Alto, California 94306<br>Tel: (650) 213-0300<br>Fax: (650) 213-8158<br>jostrander@whitecase.com<br>erica.sutter@whitecase.com<br><br>*Attorneys for Defendants Allergan plc and Allergan Finance, LLC* |

3

**ORDER**

PURSUANT TO STIPULATION, THE FOREGOING IS APPROVED AND IT IS SO ORDERED.

DATED: _____.

_____
Hon. William Orrick
United States District Court Judge

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the signatories above.

/s/ Patrick Hammon